IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICHARD BAUER, VAUGHN FRYE,
JOE DELFOSSE, and DANIEL MCGILL,
on behalf of themselves and all persons
similarly situated, and UNITED FOOD AND
COMMERCIAL WORKERS LOCAL
UNION 538,

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-15-bbc

      Plaintiffs,

v.

KRAFT FOODS GLOBAL, INC.,

      Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kraft Foods Global, Inc. DISMISSING plaintiff United Food and Commercial Workers Local Union 538 from this case.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kraft Foods Global, Inc against defendants Richard Bauer, Vaughn Frye, Joe Delfosse and Daniel McGill GRANTING defendant's motion for summary judgment and this case is dismissed.

              *Peter Oppeneer*                        8/13/12
        Peter Oppeneer, Clerk of Court                  Date