IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RICHARD BAUER, VAUGHN FRYE, JOE DELFOSSE, DANIEL McGILL and UNITED FOOD AND COMMERCIAL WORKERS, LOCAL UNION 538, on behalf of themselves and all persons similarly situated, | JUDGMENT IN A CIVIL CASE<br><br>Case No. 11-cv-15-bbc |

Plaintiffs,

v.

KRAFT FOODS GLOBAL, INC.,

Defendant.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered awarding defendant Kraft Foods Global, Inc., attorney fees in the amount of $99,587.00. Plaintiff United Food and Commercial Workers, Local Union 538, and counsel for plaintiffs, Arellano & Phebus, S.C., are jointly and severally liable for this award.

By: *[signature]*, Deputy Clerk                              1-2-13
         Peter Oppeneer, Clerk of Court                        Date